**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-1447**

———————

ELIZABETH A. REEVES,

Plaintiff - Appellant,

versus

ST. MARY'S COUNTY COMMISSIONERS; BOARD OF
APPEALS FOR ST. MARY'S COUNTY, MARYLAND;
DEPARTMENT OF PLANNING AND ZONING FOR ST.
MARY'S COUNTY, MARYLAND; HEALTH DEPARTMENT;
DEPARTMENT OF ENVIRONMENTAL HEALTH; SUSAN
MCNEAL; HOWARD THOMPSON; SPENCER SCRIBER;
TERRY MILLER; MARGARET ABRAHAM; LAWRENCE E.
ROWLAND; JON B. GRIMM; DANIEL H. RALEY; SHELBY
P. GUAZZO; J. THOMAS MATTINGLY, JR.; JOSEPH
ANDERSON; JULIE RANDALL,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-02-2449-8)

———————

Submitted: April 29, 2005          Decided: May 12, 2005

———————

Before WILKINSON, KING, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Elizabeth A. Reeves, Appellant Pro Se. Daniel Karp, ALLEN,
KARPINSKI, BRYANT & KARP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elizabeth A. Reeves appeals the district court's order denying relief on her civil action. We have reviewed the record and find that the district court properly dismissed the action as barred by res judicata. See Meekins v. United Transp. Union, 946 F.2d 1054, 1057-58 (4th Cir. 1991). Accordingly, we affirm for the reasons stated by the district court. See Reeves v. St. Mary's County Comm'rs, 268 F. Supp. 2d 576 (D. Md. 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED